IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-01193-KLM-CBS

RYAN ADAMS,

     Plaintiff,

v.

INTEGRAL RECOVERIES, INC.,
TERRY BOE, and
DEAN BROOKS,

     Defendants.

_____

**AMENDED ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This case was referred by District Judge Christine M. Arguello and was assigned to Magistrate Judge Kristen L. Mix on June 22, 2011. *Order of Reference Pursuant to 28 U.S.C. § 636(c)* [Docket No. 11]. Pursuant to 28 U.S.C. § 636(c), 28 U.S.C. § 636(b)(1)(A) and (B), and Fed. R. Civ. P. 72(a) & (b),

IT IS HEREBY **ORDERED** that Magistrate Judge Craig B. Shaffer is designated to convene such settlement conferences and direct related procedures as may facilitate resolution of this case.

IT IS FURTHER **ORDERED** that the Order Referring Case [Docket No. 2] entered by Judge Arguello on May 9, 2011 is **vacated**.

IT IS FURTHER **ORDERED** that the Scheduling Conference set for July 18, 2011 at 8:00 a.m. is **vacated** and **RESET** to **July 18, 2011 at 10:30 a.m.** in Courtroom C-204 of the Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, CO 80294.

IT IS FURTHER **ORDERED** that the parties shall submit their proposed scheduling order pursuant to the District of Colorado Electronic Case Filing ("ECF") Procedures. The parties shall submit the proposed scheduling order no later than **July 13, 2011**.

IT IS FURTHER **ORDERED** that each party shall submit a Confidential Settlement Statement no later than **July 13, 2011**. Parties participating in the District of Colorado ECF

system shall submit their Confidential Settlement Statement in PDF format via email to Mix_Chambers@cod.uscourts.gov.  Parties not participating in ECF shall submit their Confidential Settlement Statement as a hard copy by delivering it to the Clerk of the Court or by mailing it directly to Magistrate Judge Mix in an envelope marked "Confidential and Private per Order of Magistrate Judge Mix."

Dated:  June 23, 2011

BY THE COURT:

s/ Kristen L. Mix
Kristen L. Mix
United States Magistrate Judge