IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-01193-KLM-CBS

RYAN ADAMS,

    Plaintiff,

v.

INTEGRAL RECOVERIES, INC.,
TERRY BOE, and
DEAN BROOKS,

    Defendants.
_____

## AMENDED ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court *sua sponte*.  On Juen 23, 2011, the Court issued an Amended Order of Reference [Docket No. 13] instructing the parties to submit confidential settlement statements to Magistrate Judge Mix's chambers on or before July 13, 2011.  As the case has been referred to Magistrate Judge Craig B. Shaffer for the facilitation of settlement, this instruction was in error.  Accordingly,

    IT IS HEREBY **ORDERED** that the parties are relieved of their obligation to submit a confidential settlement statement to Magistrate Judge Mix.

    Dated:  June 23, 2011