IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-01193-KLM-CBS

RYAN ADAMS,

    Plaintiff,

v.

INTEGRAL RECOVERIES, INC.,
TERRY BOE, and
DEAN BROOKS,

    Defendants.

_____

## ORDER OF DISMISSAL
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the Stipulation to Dismiss Pursuant to Settlement [Docket No. 23; Filed November 18, 2011].

    IT IS HEREBY **ORDERED** that this case is **DISMISSED WITH PREJUDICE**.  Each party shall bear his or its own attorneys' fees and costs.

    Dated:  November 18, 2011

                                       BY THE COURT:

                                       Kristen L.  Mix
                                       United States Magistrate Judge